UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL ORTIZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>FBC MORTGAGE, LLC,<br><br>        Defendant. | Case No.: 5:23-cv-01659-MEMF-SP<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE AND RESOURCES FOR PRO SE LITIGANTS** |

On October 19, 2023, counsel for Plaintiffs Maria Isabel Ortiz and Roberto Rivera Ortiz ("Plaintiffs") moved to withdraw from the case. ECF No. 16. On February 8, 2024, the Court granted the motion, and ordered Plaintiffs to file, within 90 days, a status report communicating to the Court that new counsel has been found or that Plaintiffs were going to proceed pro se with the case. ECF No. 24 ("Order") at 3. To date, no filing has been made by Plaintiffs. The Court cautioned that "[f]ailure to timely file [the report] will result in dismissal of the case for failure to prosecute." *Id.* **The Court hereby ORDERS Plaintiffs to file a report advising of the status of their representation no later than Friday, May 24, 2024**. Failure to timely respond may result in the taking of the pending Motion to Dismiss (ECF No. 13) off calendar and dismissal of the case.

**RESOURCES FOR SELF-REPRESENTED PARTIES**

Judge Frimpong understands that Plaintiffs may not have an attorney. People without attorneys are sometimes called "self-represented litigants" or "pro se litigants." Even though Plaintiffs do not have an attorney, they still have to follow all of Judge Frimpong's orders, all of Judge Frimpong's "Standing Orders," the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. Judge Frimpong's "Standing Orders" are orders that all people and companies with cases assigned to her have to follow. Look on Judge Frimpong's website, https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong, to find her Standing Orders.

The Local Rules are rules that have been decided by the judges of the Central District of California and all people and companies with cases in the Central District of California have to follow them, unless their individual judge has decided something different. Look on the Central District of California's website, https://www.cacd.uscourts.gov/court-procedures/local-rules, to find the Local Rules.

All people and companies with federal cases have to follow the Federal Rules of Civil Procedure. Look on the United States Courts website, https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure, to find the Federal Rules of Civil Procedure.

Judge Frimpong is not allowed to give legal advice to any party, including self-represented litigants, but there are a number of legal aid organizations that can share information with self-represented litigants and give them guidance about how to follow the rules in federal court. Judge Frimpong would like all self-represented litigants to know about these resources, and she urges self-represented litigants to take advantage of these resources:

- Public Counsel runs a free Federal *Pro Se* Clinic where self-represented litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. Self-represented litigants must call or submit an online application to request services as follows:

| | |
|---|---|
| 1 | online applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or |
| 2 | call (213) 385-2977, ext. 270. |

- Public Counsel also has extensive resources for self-represented litigants at its website located at https://publiccounsel.org/services/federal-court/, including instructional videos at https://publiccounsel.org/services/federal-court/instructional-videos/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for self-represented litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513. Self-represented litigants can also walk in and speak to a reference librarian.
- The Legal Aid Foundation of Los Angeles may also be of assistance. They have five offices, located in: Downtown Los Angeles, East Los Angeles, South Los Angeles, Long Beach, and Santa Monica. Their website is: https://lafla.org/.

/ / /

/ / /

Various other resources that pro se litigants may find useful are bulleted below:

- E-Filing for Self-Represented Litigants: https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.
- Judge Frimpong's Web Page—includes the Court's current Civil Standing Order, which lays out various rules and procedures that apply to cases with Judge Frimpong: https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.
- California Courts Self-Help Guide: https://selfhelp.courts.ca.gov/court-basics
- Civil Litigation Timeline: https://www.courts.ca.gov/documents/CIP_CivilCaseFlowChart.pdf.
- Glossary of Legal Terms: https://www.uscourts.gov/glossary.

IT IS SO ORDERED.

Dated: May 16, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge