UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  5:23-cv-01659-MEMF-SP                                           Date: May 31, 2024

Title     *Maria Isabel Ortiz et al. v. FBC Mortgage, LLC*

Present: The Honorable:     Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order Dismissing Case for Failure to Prosecute**

On February 8, 2024, in granting counsel for Plaintiffs' motion to withdraw, the Court ordered Plaintiffs to file a status report communicating to the Court that new counsel has been found or that Plaintiffs were going to proceed pro se with the case. ECF No. 24 at 3. As no filing was made within the 90 days ordered by the Court, the Court issued an order to show cause on May 16, 2024, requiring Plaintiffs to file a status report advising of the status of their representation no later than May 24, 2024. ECF No. 28. The Court cautioned that failure to timely respond may result in vacating the pending motion to dismiss (ECF No. 13) and dismissal of the case. *Id.*

As no filing has been made by Plaintiffs, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of Court is directed to close the file.

|  | : |
|---|---|
| **Initials of Preparer** | DBE |